

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ARMANDO LUNA, JR., | § | No. 08-14-00023-CR |
| Appellant, | § | Appeal from |
| v. | § | Criminal District Court No. 5 |
| THE STATE OF TEXAS, | § | of Dallas County, Texas |
| Appellee. | § | (TC # F-1162419-L) |
|  | § |  |

## MEMORANDUM OPINION

Armando Luna, Jr. appeals his conviction of kidnapping, enhanced with a prior felony conviction. Following a contested hearing on the State's motion to proceed with adjudication of guilt, the trial court found that Appellant had violated the terms and conditions of deferred adjudication community supervision and granted the State's motion. The trial court adjudicated Appellant guilty and assessed his punishment at imprisonment for twenty years. We affirm.

## FRIVOLOUS APPEAL

Appellant's court-appointed counsel has filed a brief in which he has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied*, 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by advancing contentions which counsel says might arguably support the appeal. *See High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978); *Currie v. State*,

516 S.W.2d 684 (Tex.Crim.App.1974); *Pena v. State*, 932 S.W.2d 31 (Tex.App.--El Paso 1995, no pet.). A copy of counsel's brief has been delivered to Appellant, and Appellant has been advised of his right to examine the appellate record and file a *pro se* brief. Appellant has not filed a *pro se* brief.

We have carefully reviewed the record and counsel's brief, and agree that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the appeal. The judgment is affirmed.

February 13, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J., (Senior Judge)
(Barajas, C.J., Senior Judge, sitting by assignment, not participating)

(Do Not Publish)

- 2 -